UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSHAWN PALMER,<br>  a/k/a "Ty Boogie,"<br>  a/k/a "pte_tm," and<br>HASSAN BROWN,<br>  a/k/a "Twin,"<br>  a/k/a "everythingsleezy,"<br><br>Defendants. | **UNSEALING ORDER**<br><br>S1 22 Cr. 600 (LAP) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Ryan W. Allison;

It is found that the Superseding Indictment in the above-captioned case is currently sealed, and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         February 18, 2026

*Loretta A. Preska*
_____
HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRCIT JUDGE
SOUTHERN DISTRICT OF NEW YORK