UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Supplemental Protective Order** |
| v. | **S1 22 Cr. 600 (LAP)** |
| Tyshawn Palmer,<br>  a/k/a "Ty Boogie,"<br>  a/k/a "pte_tm," and<br>Hassan Brown,<br>  a/k/a "Twin,"<br>  a/k/a "everythingsleezy," | |
| *Defendants.* | |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby orders that the protective order previously entered in this matter at Docket 47 is incorporated by reference herein and applies in full to defendants Tyshawn Palmer, a/k/a "Ty Boogie," a/k/a "pte_tm," and Hassan Brown, a/k/a "Twin," a/k/a "everythingsleezy."

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

by: ___/s/_____

Ryan W. Allison
Patrick Moroney
Kathryn Wheelock
Assistant United States Attorneys

Date: __February 23, 2026_____

_____
Jesse Seigel, Esq.
Counsel for Tyshawn Palmer

Date: _2/24/26_____

2023.11.26

_____
David Touger, Esq.
Counsel for Hassan Brown

Date: Feb, 23, 2026
_____

SO ORDERED:

Dated: New York, New York
February 24, 2026

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2

2023.11.26