UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 22-CR-600 (LAP) |
| -against- | |
| TYSHAWN PALMER and HASSAN BROWN, | ORDER |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court will hold a bail hearing for both defendants on March 26, 2026 at 2:00 PM in Courtroom 12A.

If any party wishes to file a written submission, they shall do so by March 20, 2026.

**SO ORDERED.**

Dated:     New York, New York
           March 10, 2026

_Loretta A Presky_
LORETTA A. PRESKA
Senior United States District Judge